SAM MOST, as Administrator of the Estate of DANIEL MOST, Deceased, Appellant-Respondent, v. GREEN BUS LINES, INC., Respondent, and ROY SCHROZA et al., Appellants.— Judgment unanimously modified, with costs of this appeal to the defendant Felix Grun against plaintiff by reversing the judgment in favor of plaintiff and against the defendant Grun and dismissing the complaint as to him, with costs, on the ground that there was no evidence to show that the position of Grun's automobile constituted negligence on his part contributing to the happening of the accident and, as so modified, the judgment is affirmed, with costs of this appeal to the defendant Green Bus Lines, Inc., against the plaintiff, and with costs of this appeal to the plaintiff against the defendants Roy Schroza and Anthony Antich. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

BEACON LUNCH, INC., Respondent, v. ALEXANDER WEBER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. ANTHONY COGLITORE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARRYMORE THEATRE CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. — Order unanimously modified by fixing the assessed valuations for the building for the tax year 1945–46 at $225,000, for the tax year 1946–47 at $235,000, for the tax year 1947–48 at $245,000, and for the tax year 1948–49 at $255,000 and, as so modified, affirmed, with $20 costs and disbursements to the defendants. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of the Probate of the Will of JACOB P. GALEWITZ, Deceased. HANNAH GALEWITZ, Appellant; SAMUEL GALEWITZ et al., Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

In the Matter of VICTOR F. AXELROAD, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.— Motion denied. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

STANDARD ELECTRIC EQUIPMENT CORP., Respondent, v. JERRY LASZKOWSKI et al., Individually and Doing Business as ASSOCIATES TRADING Co., Appellants. — Order unanimously modified by reducing bail to $1,000 and, as so modified, affirmed, without costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.